

# Fourth Court of Appeals

## San Antonio, Texas

### CONCURRING AND DISSENTING OPINION

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**, WRH Energy Partners, L.L.C., William R. "Bill" Huff,
Rick D'Angelo, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

Opinion by: Sandee Bryan Marion, Chief Justice
Concurring Opinion by: Marialyn Barnard, Justice
Dissenting opinion by: Luz Elena D. Chapa, Justice, joined by Rebeca C. Martinez, Justice
Concurring and Dissenting Opinion by: Patricia O. Alvarez, Justice

Sitting en banc: Sandee Bryan Marion, Chief Justice
       Karen Angelini, Justice
       Marialyn Barnard, Justice
       Rebeca C. Martinez, Justice
       Patricia O. Alvarez, Justice
       Luz Elena D. Chapa, Justice
       Jason Pulliam, Justice

Delivered and Filed: November 25, 2015

Because I agree with the majority's reasoning as to the insufficiency of the evidence to

support the jury's findings on Usurpation of Corporate Opportunity, Jury Question Number One,

I concur with only that section of the majority's opinion. I do not, however, concur with the

majority's judgment. Instead, I agree with the dissent's conclusion that liability is based on the

jury's answers regarding Competition, Jury Question Number Two.  I, therefore, join the dissent on Jury Question Number Two and its assessment of available remedies to be determined by the trial court.

Patricia O. Alvarez, Justice